## Wood *vs.* Wilson Sewing Machine Co.

Ejectment, from Bibb. Husband and Wife. Debtor and Creditor. Res adjudicata. (Before Judge Simmons.)

Hall, J.—This case has twice been before this court and on both occasions it was held that the earnings of a married woman, prior to 1866, who was not a free trader, and not living separately from her husband, did not constitute her independent personal estate, but belonged to her husband, whether such earnings were derived from keeping a boarding house, or from other labor performed by her; and if her husband took such funds and invested them in land, and took a bond for titles thereto in his own name, his martial rights attached to the property and no trust could be implied in her favor against a creditor of the husband who became such while the husband owned the property, and who had no notice of the alleged trust prior to extending the credit ; and although the husband subsequently caused a deed to be made to the wife, this did not interfere with the creditor's rights. These rulings control the case, 60 Ga., 524 ; Gorman *et al. vs.* Wood. (September Term, 1884.)

Judgment affirmed.

John Rutherford, for plaintiff in error.
Lanier & Anderson ; W. Dessau, for defendant